IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD UNANGST | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-6811 |
| DUAL TEMP COMPANY, INC. ET AL. | : | |

### ORDER

**AND NOW**, this   19th   day of   March  , 2012, upon consideration of Defendants Dual Temp Company, Inc., Kevin Keeler and Paul Bjorke's Motion for Summary Judgment (ECF No. 14), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendants' Motion is granted and judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**